IN THE SUPREME COURT OF TEXAS

 No. 06-0670

 IN RE NIX HEALTH CARE SYSTEM D/B/A NIX SPECIALTY HOSPITAL AND ROBERT
 JIMENEZ, M.D.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for immediate temporary relief, filed August
2, 2006, is granted. The order on petitioner's motion for consideration
requiring Dr. Robert Jimenez to appear for deposition on August 11, 2006 in
Cause No. 2006-CI-05474, styled In re Glenn Hitzfelder, in the 150th
District Court of Bexar County, Texas, is stayed pending further order of
this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 9, 2006.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk